UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERMAN, ET AL.,

                Plaintiffs,

      -against-

TOWN OF COURTLAND, INC., ET AL.,

                Defendants.

18-cv-2440 (CS) (LMS)

ORDER FOR LIMITED APPEARANCE
OF PRO BONO COUNSEL

Lisa M. Smith, United States Magistrate Judge:

The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent the plaintiff at a settlement conference to be conducted before the Magistrate Judge. If counsel is located, such counsel will represent the plaintiff solely for purposes of the settlement negotiations and that representation will terminate at the conclusion of the settlement process. If the Clerk of Court is unable to locate counsel, the plaintiff must appear without counsel at the settlement conference.

If the plaintiff objects to this grant of *pro bono* counsel, the plaintiff must file an objection within 14 days of the date of this order. In the event the plaintiff files such an objection, this grant for *pro bono* counsel is vacated.

Once counsel has filed a Notice of Limited Appearance of Pro Bono Counsel, the Court will set a date for the settlement conference.

SO ORDERED.

Dated:    January 31, 2020
           New York, New York

 

_____
Lisa M. Smith
United States Magistrate Judge