Copy Mailed to Pro Se Plaintiffs of Record

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

February 20, 2020

## CANCELLATION NOTICE

The settlement conference scheduled for Wednesday, March 4, 2020, at 2:15 PM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of Herman, et al. v. Town of Cortland, Inc., et al., 18-cv-2440 (CS) (LMS), has been *cancelled*.

SO ORDERED: _[signature]_
Hon. Lisa Margaret Smith
U.S.M.J.