UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KATHLEEN HERMAN and JEFF GHIAZZA,

                              Plaintiffs,                      **ORDER**

  - against -                                           No. 18-CV-2440 (CS)

TOWN OF CORTLANDT, INC., et al.,

                              Defendants.
------------------------------------------------------------x

Seibel, J.

      In ECF No. 227, Plaintiff Ghiazza stated that he sent a letter dated July 24, 2023 (ECF No. 224) to the Court's temporary pro se filing portal as directed, but "[f]or all its good work, the pro se office is very slow; and my letter sent on July 24 did not appear until July 25, 2023."  As I explained on the record today, that was no excuse for Plaintiffs' failure to appear at the July 28, 2023 conference, and accordingly they must pay $100 to each Defendant.  But that was also not true.  The data associated with the email transmitting ECF No. 224 to the temporary pro se filing email box shows that it was emailed at 4:49 pm on July 25, 2023.  The filing receipt shows that the Pro Se Office docketed it at 10:16 am the next day.  The Pro Se Office is not "slow" at all.  The Court is fed up with the false excuses from Plaintiffs, who are warned that in the future, should I have occasion to sanction them again, they should not expect as lenient a sanction as I imposed today.

**SO ORDERED.**

Dated: August 22, 2023
       White Plains, New York

                                                                            *Cathy Seibel*
                                                       _____
                                                       CATHY SEIBEL, U.S.D.J.